PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
Gerardo Anaya-Garcia

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　vs.<br>Gerardo Anaya-Garcia<br>　　　　Defendant. | CASE NO. 1:16-CR-00114-DAD-BAM (003)<br><br>STIPULATION TO RELEASE ORIGINAL DOCUMENTS<br><br>Date:<br>Time:<br>Honorable  Barbara A. McAuliffe |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kevin Rooney, Counsel for Plaintiff, and Attorney Preciliano Martinez, Counsel for Defendant Gerardo Anaya-Garcia, have agreed to release original documents from the Inventory of Seized or Impounded Property, item 5 blue folder with passports, birth certificates, social security number cards, and miscellaneous indicia of occupancy.

////

////

////

////

Case 1:16-cr-00114-DAD-BAM   Document 17   Filed 08/12/16   Page 2 of 3

To be released to Gerardo Anaya- Garcia. Copies will be admissible AS THE TRUE and original documents in any future proceedings or trial.

Respectfully Submitted,

Dated:  August 12, 2016 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
GERARDO ANAYA-GARCIA

Dated:  August 12, 2016 /s/ Kevin Rooney
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court to release item 5 blue folder with passports, birth certificates, social security number cards, and miscellaneous indicia of occupancy. To be released to Gerardo Anaya- Garcia (3).

IT IS SO ORDERED.

Dated: __August 12, 2016__          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE