PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
1120 14th Street, Suite 5
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax
attymartinezp@yahoo.com

Attorney for Defendant
Gerardo Anaya Garcia

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>Gerardo Anaya Garcia<br>    Defendant. | CASE NO. 1:16-CR-114-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING DATE<br><br>Date: March 19, 2018<br>Time: 10:00a.m.<br>Courtroom 5<br><br>Honorable Dale A. Drozd |

  IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jeffrey A. Spivak, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Gerardo Anaya-Garcia, that the sentencing date scheduled for March 19, 2018, at 10:00 a.m. be vacated and the sentencing date be continued to this court's calendar June 4, 2018, at 10:00 a.m.

///

///

///

I am requesting:

1) The current sentencing date be vacated due to me being in a murder trial (Stanislaus v. Frank Carson et. al. Case no. 1490969)

2) My presence in this trial has made it impossible for me to be present with my client at the probation interview.

Respectfully Submitted,

Dated: January 23, 2018 /s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Gerardo Anaya-Garcia

Dated: January 23, 2018 /s/ Jeffrey A. Spivak
Jeffrey A. Spivak
Assistant U.S. Attorney

# ORDER

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current March 19, 2018 sentencing date is hereby vacated and reset to June 4, 2018.

IT IS SO ORDERED.

Dated: **January 24, 2018**

UNITED STATES DISTRICT JUDGE